Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000479
31-DEC-2012
08:21 AM

NO. CAAP-12-0000479

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MAY ASENJO BOBADILLA,
formerly known as  MAY BOBADILLA VAN UNEN,
Plaintiff-Appellant,
v.
ROWELL PENAFLORIDA VAN UNEN, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D No. 10-1-0986)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on May 10, 2012, Plaintiff-Appellant May Bobadilla Van Unen (Appellant) filed a notice of appeal; (2) on June 26, 2012, the record on appeal was filed and the appellate clerk informed Appellant that the opening brief was due on August 6, 2012; (3) on November 9, 2012, Appellant was informed that the time to file the opening brief expired on August 6, 2012, that this court may take such action as it deemed proper, including dismissal of

the appeal, and that relief from default should be made by motion; and (4) no opening brief was filed and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge